UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 07-22408-CIV-GRAHAM/O'SULLIVAN

CURTISS GOLATT and
TERANCE ACOFF,

    Plaintiffs,

vs.

LIABILITY SOLUTIONS, INC.,
a Florida for-profit corporation and
PETER TANSEY III,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Plaintiffs' Motion to Hold Liability Solutions, Inc., Peter J. Tansey, III and Attorney Gary Murphree in Contempt (DE # 20, 3/3/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Although a response was due on March 20, 2008, no response was filed by the defendants or attorney Gary Murphree. On March 18, 2008, the plaintiffs filed Plaintiffs' Motion to Enforce Settlement Agreement and for Entry of Judgment & Final Judgment (DE# 21). It is

ORDERED AND ADJUDGED that the defendants and attorney Gary Murphree shall file a response to Plaintiff's Motion to Hold Liability Solutions, Inc., Peter J.

Tansey, III and Attorney Gary Murphree in Contempt (DE # 20, 3/3/08) **and** Plaintiffs' Motion to Enforce Settlement Agreement and for Entry of Judgment & Final Judgment (DE# 21, 3/18/08) by **Friday, April 4, 2008**.  The failure to file a response may result in a recommendation that the aforementioned motions be granted in their entirety.

    DONE AND ORDERED, in Chambers, in Miami, Florida, this **24th** day of March, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All counsel of record