UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-22408-CIV-GRAHAM/TORRES

CURTIS GOLATT and
TERANCE ACOFF,

     Plaintiffs,

vs.

LIABILITY SOLUTIONS, INC.,
a Florida for-profit corporation
and PETER TANSEY III,

     Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion to Enforce Settlement Agreement and for Entry of Judgment [D.E. 21].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Edwin G. Torres [D.E. 22]. The Magistrate Judge issued a Report recommending that Plaintiffs' motion be granted [D.E. 27]. The time for objections has expired with Defendants filing no objections.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 27] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Plaintiffs' Motion to Enforce Settlement Agreement and for Entry of Judgment [D.E. 21] is **GRANTED**. The Court will separately issue judgment in this cause.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of July, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Torres
     Counsel of Record

-2-