UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-22408-CIV-GRAHAM/TORRES

CURTIS GOLATT and
TERANCE ACOFF,

    Plaintiffs,

vs.

LIABILITY SOLUTIONS, INC.,
a Florida for-profit corporation
and PETER TANSEY III,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Final Judgment [D.E. 28].

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs shall have and recover from Defendants, jointly and severally, the sum of Thirteen Thousand One Hundred Twenty-Four Dollars ($13,124), consisting of Eleven Thousand ($11,000.00) as the liquidated settlement amount plus Two Thousand One Hundred and Twenty-Four Dolllars ($2,124.00) in attorney's fees and costs, for which let execution issue. It is further

**ORDERED AND ADJUDGED** that this Final Judgment shall bear post judgment interest at the rate 2.14% per annum from the date of judgment and shall further be enforceable as prescribed by law. It is further

**ORDERED AND ADJUDGED** that Plaintiffs shall immediately provide Defendants with a copy of this Final Judgment via certified mail.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of July, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Torres
     Counsel of Record